# LURIE STRUPINSKY LLP

15 Warren Street, Suite 36
Hackensack, New Jersey 07601
Phone 201-518-9999

532 Union Street
Brooklyn, New York 11215
Phone 347-770-7712

Fax 347-772-3074
www.luriestrupinsky.com

**Joshua M. Lurie, Esq.** *(licensed in NY, NJ, VT)*
**Eugene Strupinsky, Esq.** *(licensed in NY)*

**Damian Albergo, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Michael J.S. Pontone, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Victoria Smolyar, Esq.** *(of Counsel, Licensed in NY, NJ)*

**Helen Dukhan, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Paul Hirsch, Esq.** *(of Counsel, Licensed in NY)*

June 23, 2020

**Via ECF**
Hon. Judith C. McCarthy, U.S.M.J.
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Lindo v. AVR Realty Company, LLC
                Civil Case No.: 7:19-cv-5511

Dear Magistrate Judge McCarthy:

    This letter confirms that I am uploading the corrected settlement agreement. The Defendants sent me the signature pages for the agreement in a different agreement as did my client who performed an electronic signature. I mistakenly attached the signatures to the wrong document before uploading. Indeed, it is evident that the prior document (which I mistakenly attached the signatures) was identified as the June 5, 2020 version and the corrected version is the June 12, 2020 version with the dates of signature being June 18, 2020.

    I apologize for my own oversight and thank the Court for its consideration of this proper settlement with the required carveout.

Respectfully submitted,

Joshua M. Lurie, Esq.

JML:me
Enclosures

Cc:    All Counsel (via ECF)